IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-0008-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GEORGE W. BERKSTRESSER,

     Defendant.

---

## ORDER TO RESET TRIAL DATE

---

Due to the rearraignment of the defendant on February 28, 2006, the following is the revised schedule in this case:

IT IS ORDERED that all pretrial motions shall be filed by **March 24, 2006** and responses to these motions shall be filed by **April 3, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 21, 2006 at 9:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a four-day jury trial is set for **May 8, 2006 at 1:30 p.m.**

     DATED: March 7, 2006

          BY THE COURT:

          *s/ Phillip S. Figa*

          _____

          Phillip S. Figa
          United States District Judge