IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-0008-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE W. BERKSTRESSER,

    Defendant.

---

## ORDER EXTENDING DEFENDANTS' MOTIONS DEADLINE

---

The defendant's Motion for Extension of Time to File Motions (Dkt. # 25) is GRANTED. Defendant shall have to and including **March 31, 2006** within which to file pretrial motions. Government responses to such motions shall be due **April 7, 2006**.

DATED: March 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge