IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-0008-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE W. BERKSTRESSER,

    Defendant.

---

## ORDER TO RESET SENTENCING

---

The Government's Unopposed Motion to Re-Set Sentencing Hearing (Dkt. # 38) is GRANTED. The Court hereby

ORDERS that the sentencing in this matter currently set for September 22, 2006 at 1:30 p.m. is RESET to September 22, 2006 **at 11:00 a.m.**

DATED: August 1, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____
                                  Phillip S. Figa
                                  United States District Judge