IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00008-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE W. BERKSTRESSER,

    Defendant.

## ORDER TO RESET SENTENCING

This matter is before the Court *sua sponte*. The Court is scheduled to conduct a five-day jury trial in Durango, Colorado in Criminal Action No. 06-cr-00238, *USA v. Charleston Lang*, commencing January 8, 2007. At this time, it seems very likely that this trial will go forward. The Court, therefore,

ORDERS that the sentencing in this matter currently set for January 8, 2007 is hereby RESET to **Wednesday, January 17, 2007 at 8:30 a.m.**

    DATED: December 15, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge