**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez
Probation Officer: Lisa Pence

Date: January 17, 2007

Criminal Action No. 06-cr-00008-PSF

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                         Matt Krisch

     Plaintiff,

v.

GEORGE W. BERKSTRESSER,                            Kevin Flesch

     Defendant.

_____

**SENTENCING MINUTES**
_____

**8:34 a.m.     Court in session.**

Defendant present on bond.

**Change of Plea Hearing:**  June 23, 2006.

**Defendant plead guilty to Count Three of the First Superseding Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     Government's Section 5K1.1 Motion for Downward Departure Based on

Substantial Assistance **(44)** is **granted in part.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Three of the First Superseding Indictment to a term of imprisonment of **30 months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **three years.**

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall attend Consumer Credit Counseling or comparable program to learn how to manage his licenses.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for

      the District of Colorado.

**9:01 a.m.**  **Court in recess/hearing concluded.**

Total in-court time: 00:27.