IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 06-cr-00008-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE W. BERKSTRESSER,

      Defendant.

---

## ORDER OF RECUSAL

---

      This matter is before me on review of the file. Assistant U.S. Attorney Matthew T. Kirsch has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Mr. Kirsch, I must recuse myself from this case. It is therefore

      ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

      DATED February 3, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge